IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MORRIS HUNT,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Respondent. ) | **CAUSE NO. 04-CV-229-WDS** |

# O R D E R

**STIEHL, District Judge:**

    This matter is before the Court sua sponte for docket control.  On December 28, 2005, petitioner was granted 45 days to file an amended motion pursuant to 28 U.S. C. § 2255 (Doc. 10).  When petitioner failed to do so, he was granted additional time and warned that if he did not file an amended petition by April 27, 2007, his motion would be dismissed for want of prosecution.  To date, petitioner has not filed an amended petition or otherwise responded to the Court's Orders.  Accordingly, petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DISMISSED** without prejudice for want of prosecution.

    IT  IS SO ORDERED.

    DATED: July 2 , 2007.


                                                s/ WILLIAM D. STIEHL
                                                     **DISTRICT JUDGE**